# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | NO. CR 03-2555-TUC-FRZ |
| ) | |
| vs. ) | ORDER |
| ) | |
| Jessica Lopez-Vasquez, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Upon Defendant's Motion to Continue Sentencing, there being no objection from the Government, and good cause appearing therefrom,

IT IS ORDERED that the Sentencing hearing presently set on January 20, 2006 is VACATED and CONTINUED to **March 20, 2006 at 9:30 a.m.**

DATED this 19th day of January, 2006.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge